COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| PROTECT ENVIRONMENTAL SERVICES, INC., | § | No. 08-11-00303-CV |
| | § | |
| Appellant/Cross-Appellee, | | Appeal from the |
| | § | |
| v. | | County Court At Law Number One |
| | § | |
| NORCO CORPORATION, | | of Tarrant County, Texas |
| | § | |
| Appellee/Cross-Appellant. | | (TC# 2007-056875-1) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellant/Cross-Appellee recover from Appellee/Cross-Appellant, and its sureties, if any, *see* TEX.R.APP.P. 43.5, for performance on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF MAY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.